UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMUAL BARAJAS, | ) | 1:05-CV-01646 AWI DLB HC |
| | ) | |
|     Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE |
|     v. | ) | (DOCUMENT #17) |
| | ) | |
| J. D. STOKES, Warden, | ) | |
| | ) | |
|     Respondent. | ) | |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 29, 2006, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file his traverse.

    IT IS SO ORDERED.

    **Dated:**   **July 12, 2006**                **/s/ Dennis L. Beck**
ah0l4d                                                 UNITED STATES MAGISTRATE JUDGE